IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Sarang Gupta,

    Plaintiff

vs.                                       Case No. 1:12-cv-01255-ACT-WDS

Capital One Financial Corporation
d/b/a ING Direct, Inc. and John Doe
Corporation

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Sarang Gupta, by and through its counsel of record, Law Office of Anita M. Kelley, and Defendant, Capital One Financial Corporation d/b/a ING Direct, Inc., by and through its attorneys of record, Jeremy K. Harrison and Stan N. Harris, hereby jointly stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter be dismissed with prejudice, and that any and all claims that have been or could have been brought in this action against Defendant and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: January 22, 2013.

                                              Respectfully submitted,

                                              **LAW OFFICES OF ANITA KELLEY**

                                              By: s/Anita M. Kelley
                                              Anita M. Kelley
                                              Law Office of Anita M. Kelley
                                              P.O. Box 37487
                                              Albuquerque, NM 87176
                                              (505) 750-0265

                                            *Co-counsel with WEISBERG &MEYERS, LLC*

                                              5025 N. Central Ave. #602

Phoenix, AZ 85012
Not admitted before this Court
ECF@AttorneysForConsumers.com
**MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.**

By: /s/ Jeremy K. Harrison
Jeremy K. Harrison
500 Fourth Street NW, Suite 1000
P.O. Box 2168
Albuquerque, NM 87102-2168
Telephone: 505.848.1800
Facsimile: 505.848.1899
*Attorney for Defendant*

/s/Stan N. Harris
Stan N. Harris
500 Fourth Street NW, Suite 1000
P.O. Box 2168
Albuquerque, NM 87102-2168
Telephone: 505.848.1800
Facsimile: 505.848.1899
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on January 22, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court of New Mexico, using the electronic case filing system of the court.


By: s/ Lydia Bultemeyer
    Lydia Bultemeyer