IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Sarang Gupta,

    Plaintiff

vs.                                                                 CIV No. 1:12-01255 LH/WDS

Capital One Financial Corporation
d/b/a ING Direct, Inc. and John Doe
Corporation

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendants. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Sarang Gupta, brought or could have brought in this action against Defendants, Capital One Financial Corporation and John Doe Corporation, its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

_____
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED:**

**LAW OFFICES OF ANITA KELLEY**

By: s/Anita M. Kelley
Anita M. Kelley
Law Office of Anita M. Kelley
P.O. Box 37487
Albuquerque, NM 87176
(505) 750-0265

*Co-counsel with WEISBERG &MEYERS, LLC*

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@AttorneysForConsumers.com

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

By: /s/ Jeremy K. Harrison
Jeremy K. Harrison
500 Fourth Street NW, Suite 1000
P.O. Box 2168
Albuquerque, NM 87102-2168
Telephone: 505.848.1800
Facsimile: 505.848.1899
*Attorney for Defendant*

/s/Stan N. Harris
Stan N. Harris
500 Fourth Street NW, Suite 1000
P.O. Box 2168
Albuquerque, NM 87102-2168
Telephone: 505.848.1800
Facsimile: 505.848.1899
*Attorney for Defendant*