IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SARANG GUPTA,

    Plaintiff,

v.          CIV No. 12-1255 LH/WDS

CAPITAL ONE FINANCIAL CORP.,
d/b/a ING DIRECT, INC., and
JOHN DOE, CORP.,

    Defendants.

## FINAL JUDGMENT

Pursuant to FED.R.CIV.P. 58(a), and consistent with the Court's Order of Dismissal With Prejudice, filed concurrently with this Final Judgment,

**IT IS ORDERED** that all rights and liabilities of the parties have been resolved, and that the Plaintiff's cause of action against Defendant is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
SENIOR UNITED STATES DISTRICT JUDGE